UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHONDA CLARK,** | ) |
| **Petitioner,** | ) |
| v. | ) CASE NO. 2:09-cv-8042-CLS-PWG |
| **UNITED STATES OF AMERICA,** | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 2, 2012 (doc. 6), recommending that the petition for writ of habeas corpus be DENIED. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

DONE this 27th day of July, 2012.

_____
United States District Judge

2